Harvey L. Cavender and William E. Kaiser, trading as Cavender & Kaiser, defendants in error, v. Margaret Schreiber and Julius Becker, plaintiffs in error. Gen. No. 33,708.

Opinion filed February 24, 1930. Rehearing denied March 10, 1930.

Jacob Levy, for plaintiffs in error; James M. Givin, of counsel. Cavender, Milchrist & Kaiser, for defendants in error; Frank T. Milchrist, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Ad-Lee Company, appellee, v. Chicago, Indianapolis & Louisville Railway, appellant. Gen. No. 33,892.

Opinion filed February 24, 1930.

Winston, Strawn & Shaw, for appellant; Fred J. McManus, of counsel. Ringer, Wilhartz & Hirsch, for appellee; Philip E. Ringer, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Commercial Service Company, appellant, v. Western Vulcanizing Equipment Company, appellee. Gen. No. 33,913.

Opinion filed February 24, 1930.

Chetlain, Meagher & Chetlain, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Joseph Kyle, plaintiff in error. Gen. No. 33,938.

Opinion filed February 24, 1930.

Rathje, Wesemann, Hinckley & Barnard, for plaintiff in error; Francis E. Hinckley and Louis Greenberg, of counsel. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.